**IT IS ORDERED as set forth below:**

**Date: October 15, 2009**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BUCKHEAD OIL COMPANY, INC., | ) | Case No. 08-72829-reb |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER AUTHORIZING TRUSTEE TO ENTER INTO COMPROMISES AND
SETTLEMENT OF DEBTS OWING THE ESTATE**

On August 4, 2009 at Docket No. 188, Tamara Miles Ogier, as the trustee in this case (the "Trustee"), filed an Application To Compromise under Fed.R.Bankr.P. 9019 (the "Application To Compromise") to compromise and settle claims by the Debtor's Estate against Brent Scarbrough & Company and R & K Trucking (which was pursued by Special Counsel and filed as Adversary Proceeding No. 09-06231).  On September 24, 2009, This Court held a Hearing and the Application was not opposed.  The Court Grants the Application with the following terms and conditions:

As to Brent Scarbrough & Company, having paid the total amount of $25,000.00 to Special Counsel, the Trustee is authorized to accept such amount as full and final compromise of the Estate's claims against Brent Scarbrough & Company.

As to R & K Trucking, the Trustee is authorized to accept the total amount of $6,500.00 as requested in Trustee's Omnibus Application To Compromise.

WHEREFORE, the application shows good cause for the compromises and no objections were filed.  Accordingly, for good cause shown, it is hereby

ORDERED that the APPLICATION TO COMPROMISE AS TO BRENT SCARBROUGH AND R & K TRUCKING is approved and GRANTED and that the settlement set forth in the Motion is APPROVED as set forth in the Application and pursuant to the terms and conditions set forth in this Order.

**End of Document**

Prepared by:
ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD, P.C.


By: /s/ Tamara Miles Ogier
    Georgia Bar No. 550355
    170 Mitchell St., SW
    Atlanta, GA 30303
    (404) 525-4000
    tmo@eorrlaw.com