**IT IS ORDERED as set forth below:**

**Date: October 15, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BUCKHEAD OIL COMPANY, INC., | ) | Case No. 08-72829-reb |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER AUTHORIZING TRUSTEE TO ENTER INTO COMPROMISES AND SETTLEMENT OF DEBTS OWING THE ESTATE**

On August 4, 2009 at Docket No. 188, Tamara Miles Ogier, as the trustee in this case (the "Trustee"), filed an Application To Compromise under Fed.R.Bankr.P. 9019 (the "Application To Compromise") to compromise and settle claims by the Debtor's Estate against Brent Scarbrough & Company and R & K Trucking (which was pursued by Special Counsel and filed as Adversary Proceeding No. 09-06231). On September 24, 2009, This Court held a Hearing and the Application was not opposed. The Court Grants the Application with the following terms and conditions:

1

As to Brent Scarbrough & Company, having paid the total amount of $25,000.00 to Special Counsel, the Trustee is authorized to accept such amount as full and final compromise of the Estate's claims against Brent Scarbrough & Company.

As to R & K Trucking, the Trustee is authorized to accept the total amount of $6,500.00 as requested in Trustee's Omnibus Application To Compromise.

WHEREFORE, the application shows good cause for the compromises and no objections were filed.  Accordingly, for good cause shown, it is hereby

ORDERED that the APPLICATION TO COMPROMISE AS TO BRENT SCARBROUGH AND R & K TRUCKING is approved and GRANTED and that the settlement set forth in the Motion is APPROVED as set forth in the Application and pursuant to the terms and conditions set forth in this Order.

**End of Document**

Prepared by:
ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD, P.C.

By: /s/ Tamara Miles Ogier
　　 Georgia Bar No. 550355
　　 170 Mitchell St., SW
　　 Atlanta, GA 30303
　　 (404) 525-4000
　　 tmo@eorrlaw.com

2

# CERTIFICATE OF NOTICE

```
District/off: 113E-9            User: yarnb                  Page 1 of 1                  Date Rcvd: Oct 16, 2009
Case: 08-72829                  Form ID: pdf420              Total Noticed: 7

The following entities were noticed by first class mail on Oct 18, 2009.
 db           +Buckhead Oil Company, Inc.,    3640 Jodeco Road,    Mcdonough, GA 30253-5320
 aty          +Allen P. Rosenfeld,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell St., S.W.,
                Atlanta, GA 30303-3441
 aty          +Gregory D. Ellis,    Lamberth, Cifelli, Stokes, Ellis & Nason,    Suite 550,
                3343 Peachtree Road, NE,    Atlanta, GA 30326-1428
 aty          +William L. Rothschild,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, S.W.,
                Atlanta, GA 30303-3441
 ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
 10951123     +Brent Scarbrough & Co.,    155 Robinson Dr.,    Fayetteville, GA 30214-6902
 10951316     +R & K Trucking,    664 Derek Place,    Locust Grove, GA 30248-2840

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2009                    Signature:    _Joseph Speetjens_